## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| NEIL ROWE,            Plaintiff, | ) ) ) |
| v. | )   CAUSE NO: 1:20-CV-02803-SEB-DLP ) |
| PROMETRIC, LLC.            Defendant. | ) ) ) |

### ORDER OF JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties having so stipulated, and the Court being duly advised on the premises, dismisses this action, with prejudice, each party to bear its own costs and attorneys' fees.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that this action is dismissed, with prejudice, each party to bear its own costs and attorneys' fees.

Dated this  11th  day of   August   , 2021.

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

**Distribution to:**

Counsel of Record